UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ISAAC MICHAEL HARRIS, | ) | CASE NO. 1:14 CV 715 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| MANSFIELD CORRECTIONAL INSTITUTION, *et al.*, | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Defendants. | ) | |

This Court, having contemporaneously filed its Memorandum of Opinion in this case, hereby ORDERS that this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

                    /s/ Patricia A. Gaughan
                    PATRICIA A. GAUGHAN
                    UNITED STATES DISTRICT JUDGE

Dated: 8/19/14